IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALAN DAVID McCORMACK,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.    12-cv-925-bbc

BUREAU OF HEALTH SERVICES,
DAVID BURNETT, JAMES LABELLE,
RENEE SCHUELER, KAREN GOURLIE and
WELCOME F. ROSE,

    Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's claims against Bureau of Health Services; and

(2) granting David Burnett, James LaBelle, Renee Schueler, Karen Gourlie and Welcome F. Rose's motion for summary judgment and dismissing this case without prejudice.

| /s/ | 9/25/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |